**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sesame Workshop

                Plaintiff,

v.                                    Case No.: 1:25−cv−01914

                                      Honorable Georgia N Alexakis

The Partnerships And Unincorporated Associations Identified On Schedule A,

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: Plaintiff's motion to seal is granted [3]. Upon review of the complaint, the Court sua sponte raises the propriety of joining 166 defendants in a single action. By 3/12/25, plaintiff must file a supplemental memorandum addressing the propriety of joinder in light of this Court's orders in Bug Art Limited v. The Partnerships, 24 CV 7777, Dkt. 28 (N.D. Ill. Oct. 28, 2024), and Anagragam International v. The Partnerships, 24 CV 12194, Dkt. 87 (N.D. Ill. Feb. 21, 2025). In the alternative, plaintiff has leave to file an amended complaint by 3/12/25 with a smaller subset of defendants along with a memorandum explaining why that smaller subset of defendants is properly joined. No motion for an ex parte temporary restraining order should be filed in this matter without counsel first consulting this Court's order in Wham−O Holding v. The Partnerships, 24 CV 12523, Dkt. 39 (N.D. Ill. Feb. 20, 2025). (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.